JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

September 4, 2025

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York

      Re:    *Aviles v. Heidis House LLC et al*
            25-cv-2034

Dear Judge Figueredo:

      We represent Plaintiff Elliot Aviles ("Plaintiff") in the above-captioned matter against Defendants Heidi's House LLC, David Hazan and Beth Hazan ("Defendants"). We write to respectfully request that the Court: (1) compel Defendants to comply with their discovery obligations; and (2) reschedule the Settlement Conference currently set for September 15, 2025 at 10:00 a.m.

      Pursuant to the Court's June 20, 2025 Case Management Plan and Scheduling Order (ECF# 14), the Parties were required to exchange certain initial discovery by July 21, 2025. To date, Defendants have produced only a limited portion of payroll information. They have not produced the required time records, full payroll records, or wage rate notices.

      On July 21, 2025, Plaintiff served document requests ("Plaintiff's Requests"). Defendants have not produced <u>any</u> documents in response, nor have they confirmed whether the requested documents exist or are in their possession. In order to meaningfully participate in the Settlement Conference, Plaintiff would need to either see these documents or to obtain confirmation that these documents do not exist. Accordingly, Plaintiff respectfully requests that the Court order Defendants to either produce the requested documents or confirm their nonexistence within seven days.

      In addition, pursuant to the Court's August 11, 2025 Order (ECF #16), the Settlement Conference is currently scheduled for September 15, 2025 at 10 a.m. Plaintiff's counsel currently has a conflict at that time. The Parties respectfully request that the conference be adjourned until after October 15, 2025 to (a) accommodate counsel's observance of the Jewish holidays, which are staggered in the weeks following September 15, and (b) allow Plaintiff's counsel to review the discovery production once it is in fact complete. If the Court is not inclined

to adjourn beyond October 15, the Parties are available on September 15, 2025 in the afternoon. Defendants consent to this request.

      We thank the Court for its attention to these matters.

.

Respectfully submitted,

*/s/ D. Maimon Kirschenbaum*
D. Maimon Kirschenbaum


cc:    All attorneys of record (via ECF)