UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELLIOT AVILES,

                        Plaintiff,                      **25-CV-2034 (JMF)**

      -against-                       **ORDER SCHEDULING
                                                   SETTLEMENT CONFERENCE**

HEIDIS HOUSE LLC, et al.,

                        Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

      A settlement conference in this matter is rescheduled for **Monday, October 27 2025, at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Monday, October 20, 2025**. The Clerk of Court is directed to terminate the gavel at ECF No. 19.

      **SO ORDERED.**

DATED:    New York, New York
                 September 8, 2025

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge