JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

November 3, 2025

**VIA ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court

    Re:    **Aviles v. Heidi's House LLC** – 1:25-cv-2034 (JMF)

Dear Judge Furman:

    We represent Plaintiff Elliot Aviles in the above-referenced action. We write, with Defendants' consent to respectfully request that the Conference scheduled for this Thursday November 6 at 10:15 a.m. be adjourned to the afternoon of that same date to accommodate the undersigned's prior scheduling commitment. If that afternoon is not available, Plaintiff is prepared to proceed with the Conference as scheduled.

    Respectfully submitted,

    /s/ D. Maimon Kirschenbaum
    D. Maimon Kirschenbaum
    JOSEPH & KIRSCHENBAUM LLP
    45 Broadway, Suite 320
    New York, NY 10006
    212-688-5640

    *Attorneys for Plaintiff*