JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

November 3, 2025

**VIA ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court

> Re: **Aviles v. Heidi's House LLC** – 1:25-cv-2034 (JMF)

Dear Judge Furman:

We represent Plaintiff Elliot Aviles in the above-referenced action. We write, with Defendants' consent to respectfully request that the Conference scheduled for this Thursday November 6 at 10:15 a.m. be adjourned to the afternoon of that same date to accommodate the undersigned's prior scheduling commitment. If that afternoon is not available, Plaintiff is prepared to proceed with the Conference as scheduled.


Respectfully submitted,

/s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum
JOSEPH & KIRSCHENBAUM LLP
45 Broadway, Suite 320
New York, NY 10006
212-688-5640

*Attorneys for Plaintiff*

Application GRANTED. The time of the pretrial conference on November 6, 2025, is hereby CHANGED to 2:00 p.m. The Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

November 3, 2025

1