

**Baritz Colman Richan & Harris LLP**

Robert C. Harris
rharris@bcrhllp.com

November 5, 2025

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 24-B
New York, New York 10007

    Re:    <u>**Aviles v. Heidi's House LLC**</u> **– 1:25-cv-2034 (JMF)**
             *Parties' Joint Letter in Advance of Pretrial Conference*

Dear Judge Furman:

       Our offices are counsel to Defendants Heidi's House LLC, Beth Hazan and David Hazan (collectively, "Defendants") in connection with the above-referenced action currently pending before this Court. In accordance with Your Honor's Order dated November 3, 2025, the parties hereby submit, jointly with counsel for Plaintiff Elliot Aviles ("Plaintiff") (Defendants and Plaintiff are collectively referred to herein as the "Parties"), this correspondence in advance of the pretrial conference scheduled for November 6, 2025 (the "PTC").

    **I.**    **Whether a pretrial conference is necessary**.

Defendants believe that a pretrial conference is necessary to address the issues raised in Plaintiff's Pre-Motion Letter dated October 28, 2025. Plaintiff does not believe any further briefing is necessary beyond what he already raised in his Letter.

    **II.**    **Existing deadlines, due dates, and/or cut-off dates**.

The only remaining deadlines, due dates, and/or cut-off dates are the Parties' deadlines to file summary judgment motions on or before November 19, 2025. If no summary judgment motion is filed, the Parties' Joint Pre-Trial Order is due on or before November 19, 2025.

    **III.**    **Outstanding motions**.

As of this date, there the only outstanding motion is the remaining relief sought in Plaintiff's letter motion to the Court dated October 28, 2025. Specifically, Plaintiff has asked this Court to preclude certain witnesses from testifying at trial.

**IV.     Status of Discovery**.

Fact discovery closed on October 20, 2025.

**V.     Settlement Discussions.**

The Parties have engaged in multiple settlement discussions, both orally and in writing, between April 2, 2025, and October 27, 2025.  The Parties participated in a Judicial Settlement Conference with Magistrate Judge Figueredo on October 27, 2025, which lasted approximately an hour and a half and resulted in an impasse.

**VI.     Could the Court facilitate settlement of the case**.

As of this date, the Parties do not believe that a settlement is likely.

**VII.     Anticipated length of trial**.

This case set for a jury trial.  Defendant believes the trial will take approximately three (3) days**.**  Plaintiff believes it will take 1-2 days.

**VIII.     Summary Judgment Motions**.

As of this date, the Parties do not anticipate filing summary judgment motions.

**IX.     Any other information that the parties believe may assist the Court**.

None.

Respectfully submitted,

/s/ D. Maimon Kirschenbaum  
Denise A. Schulman  
JOSEPH & KIRSCHENBAUM LLP  
45 Broadway, Suite 302  
New York, NY 10006  
212-688-5640

*Attorneys for Plaintiff*

/s/ Robert C. Harris  
Robert C. Harris  
*Admitted Pro Hac Vice*  
Baritz Colman Richan & Harris LLP  
1075 Broken Sound Parkway, NW  
Suite 102  
Boca Raton, FL 33487  
561-864-5100

*Attorneys for Defendants*