UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
ELLIOT AVILES,  :
 :
         Plaintiff,  :
 :    25-CV-2034 (JMF)
   -v-  :
 :        ORDER
HEIDIS HOUSE LLC et al.,  :
 :
         Defendants.  :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the conference held on November 6, 2025:

- Defendants shall disclose to Plaintiff a list of all witnesses they plan to call at trial no later than today, **November 7, 2025**.

- **Within the next 29 days**, Plaintiff may depose Rosendo Fernandez and Cipriano Pita — and subpoena them for any and all text messages they exchanged with Plaintiff. Discovery is otherwise closed.

- The parties' deadline to file a proposed Joint Pretrial Order, in accordance with the Court's Individual Rules and Practices for Civil Cases, is extended to **two weeks after the deadline to depose Fernandez and Pita**.

    SO ORDERED.

Dated: November 7, 2025                      _____
      New York, New York                       JESSE M. FURMAN
                                            United States District Judge