UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                      :

ELLIOT AVILES,                                                                       :

                     Plaintiff,                    :
                                      :             25-CV-2034 (JMF)

        -v-                                                                    :
                                        :                     ORDER

HEIDIS HOUSE LLC et al.,                                              :

                     Defendants.               :

                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's January 20, 2026 Order, ECF No. 36, the parties were required to file the settlement agreement along with a joint letter, the contents of which are described therein, no later than February 3, 2026.  To date, the parties have not complied with this deadline.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 10, 2026.**  Failure to comply by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

        SO ORDERED.

Dated: February 5, 2026
       New York, New York                                    _____
                                              JESSE M. FURMAN
                                     United States District Judge