UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ELLIOT AVILES,

          **Plaintiff,**

    v.

**HEIDI'S HOUSE LLC, DAVID HAZAN, and
BETH HAZAN,**

          **DEFENDANTS.**
-----------------------------------------------------x

Case No. 1:25 Civ. 2034 (JMF)

## [proposed] JUDGMENT

WHEREAS, pursuant to Fed. R. Civ. P. 68, Defendants Heidi's House LLC, David Hazan, and Beth Hazan (collectively, "Defendants"), have offered to allow judgment to be entered against them and in favor of Plaintiff Elliot Aviles ("Plaintiff"); and

WHEREAS, the offer of judgment encompasses all of Plaintiff's claims contained in the Complaint; and

WHEREAS, all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS, Plaintiff having confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Five Thousand Dollars and Zero Cents ($5,000) against the Defendants Heidi's House LLC, David Hazan, and Beth Hazan and in favor of Plaintiff Elliot Aviles shall be entered encompassing all of Plaintiff's claims for relief in the Complaint in this Action. The Clerk of Court is directed to close this case.

Dated: February 11, 2026
      New York, New York

_____
The Honorable Jesse M. Furman